IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Civil Action 3:09 cr 00037 |
| | Judge Haynes |
| JOSHUA CLINE | |

**ORDER**

Before the Court is the Magistrate Judge's Report and Recommendation (Docket Entry No. 85) recommending that Petitioner Kimberly Cline's petition for the return of property (Docket Entry No.62) should be granted except for item No. 7, a "homemade desktop computer". The United States did not file any objections within the time provided by 28 U.S.C.§ 636(b)(1).

Upon de novo review, the Court ADOPTS the Magistrate Judge's Report and Recommendation (Docket Entry No. 85).

Accordingly, Petitioner Kimberly Cline's petition for the return of property (Docket Entry No.62) is **GRANTED** except for item No. 7, a "homemade desktop computer"

It is so **ORDERED.**

**Entered** this the 29th day of July, 2011.

William J. Haynes, Jr.
United States District Judge