UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:09-cr-00037 |
| | ) JUDGE HAYNES |
| JOSHUA M. CLINE, | ) |
| Defendant. | ) |

*[handwritten notations: "Denied SK / This motion is granted / WJH[?] / 8-1-11"]*

## MOTION FOR ENTRY OF A FINAL ORDER OF FORFEITURE

The United States of America, by and through Jerry E. Martin, United Sates Attorney for the Middle District of Tennessee, and Debra Teufel Phillips, Assistant United States Attorney moves for the entry of a Final Order of Forfeiture as to the following property:

a.   Homemade Desktop Computer, Windows XP Home Edition Product Key #RCV47-HJCQH-CC6CM-VRC8V-VQMYW seized from Defendant's residence (1514 Autumn Drive, Clarksville, Tennessee) on or about January 21, 2009.

hereinafter referred to [collectively] as "Subject Property," forfeiting to the United States of America the Subject Property with no right, title and interest existing in any other party, and to be disposed of according to law. (D.E. 56: Preliminary Order of Forfeiture).

Pursuant to Court Order (D.E. 85), all items listed in Kimberly E. Cline's Petition (D.E. 62) with the exception of the above-referenced Subject Property was returned to Ms. Cline.

A memorandum of law and facts in support of this Motion is filed contemporaneously herewith.

A proposed Final Order of Forfeiture is attached for the court's convenience.